UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

GLEN EDWARD MATHEWS,

Petitioner,

v. Case No. 5:10-cv-366-Oc-30MAP

WARDEN, FCC COLEMAN- LOW,

Respondent.

---

## ORDER DISMISSING CASE

In an order dated August 9, 2010, the Court directed Petitioner to file an affidavit of indigency or pay the filing fee. (Doc. 3). Plaintiff has not complied with the Order, nor has Petitioner requested an extension of time or otherwise explained the reasons for noncompliance. Therefore, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, this case is **DISMISSED without prejudice for the failure to prosecute**. The Clerk is directed to terminate any pending motions and close the file.

**DONE** and **ORDERED** in Tampa, Florida on September 29, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2010\10-cv-366.ocala order.wpd