**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

GLEN EDWARD MATHEWS,

    Petitioner,

v.                                           Case No: 5:10-cv-366-Oc-30TBS

WARDEN, FCC COLEMAN-LOW,

    Respondent.
_____/

# ORDER

THIS CAUSE comes before the Court upon remand from the Eleventh Circuit Court of Appeals. (Docs. 20, 21). Petitioner Glen Edward Mathews filed a petition pursuant to 28 U.S.C. § 2241 on August 6, 2010. (Doc. 1). The Court denied Mathews's petition on the merits. (Doc. 12). Mathews then appealed the order and judgment denying his petition. (Doc. 14). On January 23, 2015, the Eleventh Circuit Court of Appeals concluded that the Court did not have subject matter jurisdiction over Mathews's petition and therefore the Court erred in denying the petition on the merits. (Doc. 20). The Eleventh Circuit vacated the Court's prior order denying Mathews's petition on the merits and remanded with instructions to dismiss the petition for lack of subject matter jurisdiction. (*Id.*).

Accordingly, it is therefore **ORDERED AND ADJUDGED** that:

1.    The Clerk is directed to re-open this case.

2. Petitioner Glen Edward Mathews's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1) is DISMISSED for lack of subject matter jurisdiction.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 20th day of May, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record